*E-Filed: September 13, 2013*

BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
Sacramento, CA 95817
Telephone: (916) 509-7051
Facsimile: (916) 405-3908
besshelena@earthlink.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA JUNE DAVIS<br>xxx-xx-1367<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No.  13-1209 HRL<br><br>~~[PROPOSED]~~<br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT AND DECLARATION |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from September 3, 2013, to October 3, 2013. This is plaintiff's first request for an extension of time and  is required due to plaintiff's counsel's impacted briefing schedule and vacation.    *See*, Declaration of Bess M. Brewer set forth below

/ / /

/ / /

/ / /

1

| | |
|---|---|
| Dated: August 28, 2013 | *s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| Dated: August 28, 2013 | Attorney for Plaintiff <br> Benjamin B. Wagner <br> United States Attorney <br> /s/ *Tova D. Wolking* <br> TOVA D. WOLKING <br> Special Assistant U.S. Attorney <br> Attorney for Defendant |

**DECLARATION OF BESS M. BREWER**

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

    1.    I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file his motion for summary judgment.

    2.    Due to my upcoming vacation and briefing schedule, I will require additional time to complete Ms. Davis's Motion for Summary Judgment and Memorandum.

    3.    This is my first request for an extension of time to file Ms. Davis's summary judgment and the granting of this stipulated request will not have an appreciable effect on the briefing of this case.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on August 28, 2013, in Sacramento, California.

                                              /s/ Bess M. Brewer <br>
                                              BESS M. BREWER

1
2
3  APPROVED AND SO ORDERED.
4
5  DATED:  9/11/13
6                                    ~~HONORABLE SAUNDRA BROWN ARMSTRONG~~
7                                    HON. HOWARD R. LLOYD
                                     U.S. MAGISTRATE JUDGE
8

**ORDER**

3