*E-Filed: December 3, 2013*

1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  SUSAN L. SMITH, CBSN 253808
   Special Assistant United States Attorney
5        Social Security Administration
6        1600 Spear Street, 8th Floor
         San Francisco, California 94105
7        Telephone: (415) 977-8973
         Facsimile: (415) 744-0134
8        E-mail:  Susan.L.Smith@ssa.gov
9
   Attorneys for Defendant
10

11

12                       UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
13                              SAN JOSE DIVISION

14

15 RHONDA JUNE DAVIS,            ) Case No. 5:13-CV-01209-HRL
                                 )
16                               ) STIPULATION TO EXTEND BRIEFING
           Plaintiff,            ) SCHEDULE
17 vs.                           )
                                 )
18                               )
   CAROLYN W. COLVIN,            )
19 Commissioner,                 )
   Social Security Administration,)
20                               )
                                 )
21         Defendant.            )
   _____
22

23
       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with
24
   the approval of this Court, to extend the time by 30 days, from December 3, 2013 to January 2, 2014,
25
   for Defendant to provide her opposition brief to Plaintiff's counsel.  This is Defendant's first request
26
   for an extension.
27

28

There is good cause for this extension because Defendant needs additional time to draft and file her brief due to the number and complexity of the issues involved in this case, the heavy workload of Defendant's attorney assigned to this case, and Defendant's attorney's part time schedule.

Respectfully submitted,

Date:  November 25, 2013          LAW OFFICE OF BESS M. BREWER & ASSOCIATES

                                  By:    */s/ Bess M. Brewer\**
                                         Bess M. Brewer
                                         *(\*By email authorization on November 25, 2013)*

                                  Attorney(s) for Plaintiff

Date:  November 25, 2013          MELINDA L. HAAG
                                  United States Attorney
                                  DONNA L. CALVERT
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  By:    */s/ Susan L. Smith*
                                         SUSAN L. SMITH
                                         Special Assistant U.S. Attorney

                                  Attorneys for Defendant

Of Counsel, JENNIFER L. TARN
Assistant Regional Counsel
Social Security Administration

MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CBSN 253808
Special Assistant United States Attorney
    Social Security Administration
    1600 Spear Street, 8th Floor
    San Francisco, California 94105
    Telephone: (415) 977-8973
    Facsimile: (415) 744-0134
    E-mail:  Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RHONDA JUNE DAVIS, | ) Case No. 5:13-CV-01209-HRL |
| | ) |
| | ) [PROPOSED] |
| Plaintiff, | ) ORDER EXTENDING BRIEFING |
| vs. | ) SCHEDULE |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

    Based upon the parties' Stipulation to Extend Briefing Schedule, and for good cause shown, **IT IS ORDERED** that Defendant shall have until January 2, 2014, to provide her opposition brief to Plaintiff's counsel.  All other dates in the Court's Case Management Order are accordingly extended.

DATED:  12/3/13

_____
HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE